IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANNY LEE SMITH, #111 978, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 2:09cv6-TMH |
| ) | |
| WILLIAM WYNN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## OPINION AND ORDER

The Magistrate Judge filed a Recommendation (Doc. #18) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #18) of the Magistrate Judge is ADOPTED. Plaintiff's voluntary Motion to Dismiss (Doc. #15) is GRANTED. Plaintiff's complaint pursuant to 42 U.S.C. § 1983 is DISMISSED without prejudice. An appropriate judgment will be entered.

Done this 8th day of April, 2009.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE